# EXHIBIT 3

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202<br>(720) 865-8301 | DATE FILED: April 29, 2021 1:55 PM<br>FILING ID: 1B5688F96A6FC<br>CASE NUMBER: 2021CV31345 |
| **Plaintiff:** COKAN ENTERPRISES, INC., a Colorado corporation,<br><br>v.<br><br>**Defendant:** THE HANSEN COMPANY, INC., an Iowa corporation. | <br><br>Δ **COURT USE ONLY** Δ |
| **Attorney for Plaintiff:**<br>Michael P. Cross, Atty. Reg. No. 38294<br>OGBORN MIHM, LLP<br>1700 Lincoln Street, Suite 2700<br>Denver, Colorado 80203<br>Phone Number:   (303) 592-5900<br>Fax Number:       (303) 592-5910<br>Email:                mike.cross@omtrial.com | Case Number:<br><br>Division: |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff CoKan Enterprises, Inc., for its Complaint and Jury Demand against Defendant The Hansen Company, Inc., states and alleges as follows:

## PARTIES AND JURISDICTION

1. Plaintiff CoKan Enterprises, Inc. is a Colorado corporation engaged in the excavation business with a principal office address at 13831 County Line Road 22, Fort Lupton, CO 80621.

2. Defendant Hansen Company, Inc. is an Iowa corporation engaged in the business of commercial construction whose registered agent is CT Corporation; address 7700 E

1

Arapahoe Rd, Suite 220, Centennial, CO 80112, United States, and a Colorado foreign corporation registered address at 7700 E Arapahoe Rd, Suite 220, Centennial, CO 80112.

3. Jurisdiction and venue are proper in Denver District Court pursuant to C.R.C.P. 98, and the amount in controversy exceeds $15,000.00.

## GENERAL ALLEGATIONS

4. Defendant acted as general contractor for two construction projects in which Plaintiff performed work as a subcontractor.

5. Plaintiff entered a contract with Defendant dated May 1, 2018 to perform excavation work at a Kum & Go location at 55 Lusher Court, Frisco, CO 80443 (the "Frisco Project").

6. Plaintiff completed the contracted-for work on the Frisco Project on February 22, 2019.

7. Plaintiff was partially but not fully paid by Defendant for its work on the Frisco Project.

8. As of the date of this filing, Defendant has failed to pay to Plaintiff $36,315.55 of the amount due to Plaintiff for work performed on the Frisco Project.

9. Plaintiff entered a second contract with Defendant dated June 6, 2018 to perform excavation work at a Kum & Go location at 11505 West Belleview Avenue, Littleton, CO 80127 (the "Littleton Project").

10. Between June 6, 2018 and June 28, 2019, Plaintiff performed work at the Littleton Project site pursuant to its contract with Defendant.

11. Plaintiff stopped work on the Littleton Project on June 28, 2019 due to Defendant's failure to make payments to Plaintiff as they became due.

12. Plaintiff was never fully paid by Defendant for the work Plaintiff performed before stopping work on the Littleton Project.

13. As of the date of this filing, Defendant has failed to pay to Plaintiff $140,486.41 of the amount due to Plaintiff for work actually performed on the Littleton Project.

## FIRST CLAIM FOR RELIEF
(Breach of Contract)

14. Plaintiff realleges all preceding paragraphs and incorporates them as if fully set forth herein.

15. Defendant entered into various valid and enforceable contracts with Plaintiff

16. Plaintiff performed its obligations under its agreements with Defendant, except so far as excused by Defendant's nonperformance.

17. Defendant failed to fulfill its obligations under the agreements, including but not limited to failing to pay $36,315.55 to Plaintiff for work performed on the Frisco Project, and failing to pay $179,864.08 to Plaintiff for work performed on the Littleton Project.

18. As a direct and proximate result of Defendant's breach of agreements, Plaintiff has suffered injuries, damages, and losses in amounts to be proven at trial.

WHEREFORE, Plaintiff requests this Court enter judgment against Defendant Hansen Company, Inc. for the following:

(a) actual damages;
(b) pre-judgment interest;
(c) attorney fees as permitted by contract;
(c) costs;
(d) such other relief as the Court deems just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY AS TO ALL ISSUES**

Respectfully submitted this 29th day of April, 2020.

OGBORN MIHM, LLP

*/s/ Michael P. Cross*

Michael P. Cross, Atty. Reg. No. 38294
1700 Lincoln Street, Suite 2700
Denver, Colorado 80203
Phone:   (303) 592-5900
Facsimile: (303) 592-5910
*Attorney for Plaintiff*

Plaintiff's Address:
13831 County Line Road 22
Fort Lupton, CO 80621